# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>Gary R. Johnson )<br>) | Docket Number: CR 05-00493-MAG |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____December 9, 2005_____ be continued until _____January 25, 2006_____ at _____10:30 a.m._____.

Date: 10/24/05

The Honorable Joseph C. Spero
United States Magistrate Judge

NDC-PSR-009 12/06/04